IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**JETHRO L. LARKIN II,**              No. C-12-3273 TEH (PR)

      **Plaintiff,**           ORDER OF DISMISSAL

   **v.**

      **Defendant.**
_____/

      **Plaintiff commenced this action when he filed a five-page letter with the Court on June 25, 2012, complaining of conditions at California Correctional Institution in Tehachapi, California. Doc. #1. The Court cannot act on informal letters, documents, narratives or requests. Consequently, on the same day the letter was filed, the Clerk notified Plaintiff that he had not attached a complaint to his pleadings and mailed to Plaintiff the Court's form complaint for prisoner civil rights actions under 42 U.S.C. § 1983. Doc. #2. The Clerk also notified Plaintiff that his action was deficient because he had neither paid the requisite $350.00 filing fee nor submitted a signed and completed court-approved <u>in forma pauperis</u> (IFP)**

1  application (Doc. #3).  <u>See</u> 28 U.S.C. § 1915(a)(2).  Plaintiff was
2  advised that failure to file the requested items within thirty (30)
3  days would result in dismissal of the action and that his file would
4  be closed.  Doc. ## 2 & 3.
5          The deadline to file the complaint has passed, and
6  Plaintiff has not filed a complaint or an application to proceed
7  IFP.  This action, therefore, is DISMISSED WITHOUT PREJUDICE for
8  failure to file a complaint, to apply to proceed IFP or to pay the
9  $350 filing fee.
10         The Clerk shall terminate all pending motions as moot and
11 close the file.
12         IT IS SO ORDERED.

14 DATED    _08/08/2012_          _____
15                                THELTON E. HENDERSON
                                   United States District Judge

17 G:\PRO-SE\TEH\CR.12\Larkin-12-3273-dismiss comp.wpd

**2**