IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JETHRO L. LARKIN II, | No. C-12-3273 TEH (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| Defendant. | |

Plaintiff commenced this action when he filed a five-page letter with the Court on June 25, 2012, complaining of conditions at California Correctional Institution in Tehachapi, California. Doc. #1.  The Court cannot act on informal letters, documents, narratives or requests.  Consequently, on the same day the letter was filed, the Clerk notified Plaintiff that he had not attached a complaint to his pleadings and mailed to Plaintiff the Court's form complaint for prisoner civil rights actions under 42 U.S.C. § 1983.  Doc. #2.  The Clerk also notified Plaintiff that his action was deficient because he had neither paid the requisite $350.00 filing fee nor submitted a signed and completed court-approved in forma pauperis (IFP)

application (Doc. #3).  See 28 U.S.C. § 1915(a)(2).  Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of the action and that his file would be closed.  Doc. ## 2 & 3.

The deadline to file the complaint has passed, and Plaintiff has not filed a complaint or an application to proceed IFP.  This action, therefore, is DISMISSED WITHOUT PREJUDICE for failure to file a complaint, to apply to proceed IFP or to pay the $350 filing fee.

The Clerk shall terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

DATED     _08/08/2012_            _____
                                  THELTON E. HENDERSON
                                  United States District Judge

G:\PRO-SE\TEH\CR.12\Larkin-12-3273-dismiss comp.wpd

2